# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0693
_____

SFR SERVICES LLC, a Florida
limited liability company,

Appellant,

v.

LISA MILLER, individually, and
LISA MILLER & ASSOCIATES,
LLC, a Florida limited liability
company,

Appellees.

_____

On appeal from the Circuit Court for Leon County.
John Cooper, Judge.

April 8, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and RAY and M.K. THOMAS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Melissa A. Giasi and Erin M. Berger of Giasi Law, P.A., Tampa, for Appellant.

Michael A. Rosenberg and Nicholas Bastidas of Cole, Scott & Kissane, P.A., Plantation, for Appellees.